UNITED INVESTORS LIFE INSURANCE COMPANY, Plaintiff–Appellant,

v.

NATIONWIDE LIFE INSURANCE COMPANY; Nationwide Life Insurance Company of America; Nationwide Life and Annuity Insurance Company; Nationwide Life and Annuity Company of America; Nationwide Financial Services, Inc.; and Nationwide Financial Corporation, Defendants–Appellees.

No. 06–60656.

United States Court of Appeals,
Fifth Circuit.

May 30, 2007.

Joel E. Dillard, Floyd D. Gaines, Betsy P. Collins, Alston & Bird, Atlanta, GA, Robert B. Marshall, Jr., Edwards, Storey, Marshall & Helveston, West Point, MS, Charles M. Ferguson, Jr., Bradley, Arant, Rose & White, Sam Starnes Thomas, Un-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

derwood Thomas, Jackson, MS, for Plaintiff–Appellant.

Charles C. Platt, Wilmer, Cutler & Pickering, New York, NY, James Cal Mayo, Jr, for Defendants–Appellees.

Before GARWOOD, SMITH, and DeMOSS, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant United Investors Life Insurance Company (UILIC) appeals an order of the district court granting summary judgment to Defendants–Appellees Nationwide Life Insurance Company and its affiliates (collectively, "Nationwide"). The district court granted summary judgment after determining that (1) the portion of UILIC's claims that sounded in derivative liability were barred by res judicata; (2) the portion of UILIC's claims that sounded in direct liability failed to state claims upon which relief could be granted; and (3) in the alternative, the continuing tort doctrine did not apply to save UILIC's claims from the statute of limitations time bar. Having carefully reviewed the parties' briefs, the record, and the oral argument in this case, we AFFIRM essentially for the reasons stated by the district court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.